IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN BREDFORD,[1] | § | |
| | § | No. 277, 2018 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Family Court |
| | § | of the State of Delaware |
| KAREN and RODNEY WASHINGTON | § | |
| and HEATHER STONE, | § | File No. CN17-01266 |
| | § | Pet. No. 17-25343 |
| Petitioners Below, | § | |
| Appellees. | § | |

Submitted: September 4, 2018
Decided: September 14, 2018

## **O R D E R**

It appears to the Court that, on August 16, 2018, the Senior Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to diligently prosecute the appeal by not paying the Family Court record preparation fee and transcript costs. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).